UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARY TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>CYNTHIA TAMPKINS, et al.,<br><br>        Defendants. | Case No. ED CV 13-563-DMG (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections to the Report. The Court accepts the findings and conclusions of the magistrate judge.

IT IS SO ORDERED.


DATED: August 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED13CV00563DMG(PJW)_Turner_Order accep r&r.wpd