UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARY TURNER, | Case No. ED CV 13-563-DMG (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| CYNTHIA TAMPKINS, et al., | |
| Defendants. | |

Pursuant to the Order dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED13CV00563DMG(PJW)_Turner_Judgment.wpd